IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE SCOTT, HILTON CHAMBERS, ROLAND BURNS, WILLIE JACKSON, CHARLIE MOORE, J.W. SHAW, BENNIE GARNER, ALLEN MULLEN, HOSIE WOOD, SR., EARL JOHNSON, HOSIE WOOD, JR., SYLVESTER MILTON, and MICHAEL MURILLO, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )  CIVIL NO.  04-335-GPM ) |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, Individually and as Successor-in-Interest to The Atchison, Topeka and Santa Fe Railway Company, Chicago, Burlington and Quincy Railroad Company, Burlington Northern Inc., and Burlington Northern Railroad Company, | ) ) ) ) ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the Stipulation of

Dismissal (Doc. 14) filed by the parties.

**IT IS ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil

Procedure 41(a)(1)(ii) and the Stipulation of Dismissal filed May 19, 2006, this action is

**DISMISSED with prejudice**.  The parties shall bear their own costs.

**DATED**:  06/29/06

                                        NORBERT G. JAWORSKI, CLERK

                                        By:  s/ Linda M. Cook
                                            Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
                G. PATRICK MURPHY
                CHIEF U.S. DISTRICT JUDGE